## AFFIDAVIT IN SUPPORT OF CIVIL SEIZURE WARRANT

This Affidavit is submitted as application for a civil seizure warrant for the Seller's proceeds from the sale of 4026 South Fundy Way, Aurora, Colorado, occurring on or about July 16, 2014 at Chicago Title of Colorado, located at 8055 E. Tufts Avenue, Suite 300, Denver, Colorado 80237, which constitutes proceeds of the drug trafficking, and property involved in money laundering.

## GENERAL BACKGROUND

1.      Your affiant, Bret L. Campbell, is employed as a Special Agent with the Drug Enforcement Administration ("DEA"), United States Department of Justice, and has been so employed since November of 2001.  During employment with the DEA, your affiant has been the lead investigator in several multi-jurisdictional drug investigations, and has directly participated and/or assisted in multiple drug investigations led by foreign, federal, state, and local law enforcement officers.  These investigations involved the importation, possession, transportation, distribution, manufacturing of controlled substances, and conspiracy to commit these offenses. Additionally, these investigations made use of a variety of investigative tools, including, but not limited to, physical and electronic surveillance, confidential source (CS) recruitment and management, undercover transactions, the execution of search warrants, and the arrest and prosecution of drug traffickers in the United States and four foreign countries.

2.      During the course of these investigations, your affiant has spoken on numerous occasions with Confidential Sources ("CS"), Sources of Information (SOIs), suspects, and experienced narcotics investigators concerning the methods and

practices utilized by drug traffickers in their illegal activities.  Furthermore, your affiant has attended specialized money laundering, asset forfeiture, CS management, conspiracy, and telecommunications exploitation training courses.  As a result, your affiant is experienced in and familiar with the means and methods used by persons and drug trafficking organizations to purchase, transport, store, and distribute drugs and the means and methods used to hide profits generated from those transactions.

3.      Based upon my experience and training in narcotics investigations, your affiant is familiar with controlled substances and the related materials used to import, manufacture, package, and distribute controlled substances. In that same capacity, your affiant has become familiar with the documents and records commonly maintained by persons who import, manufacture, package, and distribute controlled substances. Your affiant has participated in the execution of search and seizure warrants where assets, documents, records, and controlled substances have been located and seized. Your affiant has also had experience in debriefing defendants, debriefing witnesses, informants, and other persons who have personal knowledge of the amassing, spending, converting, transporting, distributing, laundering, and concealing of proceeds of narcotics trafficking. Based upon your affiant's experience and training, and further based upon discussions with fellow law enforcement agents with years of personal experience in the area of narcotics law enforcement, your affiant is aware it is common for narcotics traffickers to:

a.      keep large amounts of U.S. Currency in order to maintain and finance their ongoing narcotics business;

b.      amass proceeds from the sale of drugs; and

c.      attempt to legitimize these profits through foreign and domestic banks and their attendant services, securities, cashier's checks, money drafts, letters of credit, brokerage houses, real estate, shell corporations, and business fronts.

4.      Your affiant has been involved in this case since early April 2015.  As a result of your affiant's participation in the investigation, statements made to your affiant by other law enforcement personnel involved in this investigation and review of pertinent reports of other agents working on this investigation, all of which your affiant believes to be reliable, your affiant is familiar with the facts and circumstances of this investigation and attests to all of the facts and information stated in each of the paragraphs herein.

5.      This affidavit is submitted in support of the government's application for the issuance of a warrant to seize the Seller's proceeds from the sale of 4026 S. Fundy Way, Aurora, Colorado, occurring on or about July 16, 2015.  The closing is occurring at Chicago Title of Colorado at 8055 E. Tuffs Avenue, Suite 300, Denver, Colorado 80237.

6.      Your affiant has knowledge of the following information from the investigation to date and facts through information related to him by other law enforcement officers.

## DRUG TRAFFICKING INVESTIGATION

### I.   Source of Information

7.      This investigation was initiated on or about April 2015 into the illegal drug activities of Jared Christopher Zigmond, aka Brendan Tait, from information received by a Source of Information (SOI).

8.      In early April 2015, a SOI was arrested by the Greenwood Village Police Department for possession of cocaine and methamphetamine. After the SOI's arrest,

s/he was interviewed by a DEA Denver Field Division Task Force Officer (TFO).

9.      The SOI told the TFO that in late March 2015, s/he had received a quarter kilogram of cocaine from an individual known to him/her as Brendan Tait (Jared Zigmond), at Tait's apartment located at 2330 Broadway Boulevard Apartment 306, Denver, Colorado. The SOI said that Tait sold cocaine, pound quantities of marijuana, and MDMA, better known as ecstasy, from his apartment located at 2330 Broadway Avenue #306, Denver, Colorado. Tait was also believed to be the owner/operator of the Broadway Smoke Shop located at 108 S. Broadway Avenue, Denver, Colorado. The SOI also told investigators that Tait had a girlfriend named Amanda Aaron (Amanda Aaron's full name has been identified as Whitney Amanda Aaron) and that Tait drove a black Mercedes, a white BMW, and a Range Rover.

## II.   **Confidential Source**

10.     In about June 2015, detectives from the Denver Police Department developed a Confidential Source (hereinafter referred to as "CS") who was able to purchase heroin from Jared Zigmond and had information relating to prescription pills being obtained and diverted through a doctor in Colorado Springs, Colorado. The detectives learned from the CS that Jared Zigmond was not only obtaining and selling large quantities of prescription pills through the doctor in Colorado Springs, but was also dealing large quantities of cocaine and heroin in the Denver area.

11.     The CS stated Brendan Tait (Jared Zigmond), who owns Broadway Smoke Shop, sells several different drugs out of his shop and has been known to sell guns. The CS stated that he/she knew an employee that worked at Broadway Smoke Ship for several months, but had never seen the business turn much profit. The CS also

stated that Tait always has a large amount of cash around him despite his business not appearing to bring in a profit.

12.     On or about June 8, 2015, the CS advised that Jared Zigmond sells very high quantities of 30mg Percocets (Oxycodone and Acetaminpohen), Vicodin, Fentanyl Patches, Xanax bars and other prescription drugs from prescriptions he obtained from a doctor in Colorado Springs. The CS had knowledge of Jared having approximately 1,200 Xanax bars at one time and had recently sold approximately 200 Percocets pills at $30 USD per pill to an unknown male.  According to the CS, Jared Zigmond's mother, Charlane, also has a prescription from the same doctor as Jared, and also sells pills illegally, as does Jared Zigmond's girlfriend.

13.     On or about June 11, 2015, the CS made a controlled purchase of $380.00 of heroin from Jared Zigmond at 2797 Wewatta Way, Denver, Colorado; the CS related Jared Zigmond was extremely paranoid. He (Jared Zigmond) related to the CS that he had watched the CS approach from over the Delgany bridge to his apartment to ensure no one was following.

14.     On or about June 25, 2015, the CS arranged to meet with Jared Zigmond in order to purchase $1,200 worth of heroin.  Prior to the meeting, Jared Zigmond texted the CS and told him/her he (Jared) only had $960 worth of heroin at the moment.  The CS was directed by your affiant to complete the drug transaction with Jared Zigmond and an audio recording device was placed on the CS.   The CS met with Jared Zigmond at 2797 Wewatta Way in Denver, Colorado.  Jared produced a bag of black tar heroin and placed it into the CS's shorts' pocket, then took out a prescription pill bottle and opened it.  Jared Zigmond told the CS that he (Jared) was going to give the CS eight

30mg percocets (oxycodone) to make up for the shortage on the heroin.    Jared Zigmond explained to the CS that he (Jared) sells the Percocet in Denver, Colorado, for $35-$40 per pill and that the CS should be able to get much more money for them in Grand Junction, Colorado.   The CS paid Jared Zigmond $1,200 and completed the deal.

15.    On July 9, 2015, the CS conducted a controlled purchase of heroin from Jared Zigmond at 2797 Wewatta Way, Denver, Colorado.  The CS arrived at 2797 Wewatta Way and Jared Zigmond directed him/her into the stairwell.  The CS paid Jared Zigmond $1,550.00 and in return received about 25 grams of black tar heroin. He (Jared) told the CS to tell his/her customers to be careful because the heroin was of high purity and could cause death to users if the dosage was too high.  The CS asked Jared Zigmond about prescription pills and he (Jared) said he would be receiving two hundred 30mg Oxycodone the following day (July 10, 2015).  The CS also inquired about buying a gun and Jared Zigmond told the CS he had a 9mm handgun that he would sell the CS the following day for $300.00 near Tower Road and Hampden Avenue in Aurora, Colorado. Your affiant reviewed an audio recording of this drug transaction which confirmed the above referenced information.

16.    On July 10, 2015, the CS communicated via telephone with Jared Zigmond regarding the tentative sale of the 9mm pistol.  Jared Zigmond told the CS that he (Jared) was on the way to pick up his girlfriend (Whitney Amanda Aaron) and that he was not near Aurora, Colorado.  Jared told the CS that he was going to call his father, Alfred Zigmond, who had the pistol to see if Alfred would sell the gun directly to the CS.  Several minutes later, Jared Zigmond returned the call to the CS and told him/her

6

that Alfred Zigmond did not want to meet anybody and that he (Jared) would be in Aurora, Colorado, later in the day.  Jared Zigmond told the CS he had twenty 2mg Xanax bars for sale and that Jared wanted $5.00 per tablet which the CS agreed to purchase.

17.    Later in the day, July 10, 2015, Jared Zigmond directed the CS to meet at the Taco Bell Restaurant at Tower and Hampden in Aurora, Colorado.  Surveillance units observed Jared arrive at the Taco Bell driving an Infinity sedan bearing Colorado license plate 139VSB, a vehicle registered to Whitney Aaron, Jared Zigmond's girlfriend.

18.    The CS then followed Jared Zigmond to 4026 S. Fundy Way from the Taco Bell.  Surveillance agents observed Jared Zigmond exit the Infinity and enter a house located at 4026 S. Fundy Way.  Several seconds later, Jared Zigmond exited 4026 S. Fundy way with a bag in his hand and met with the CS on the street in front of 4026 S. Fundy Way.  The CS received the bag and gave Jared Zigmond the agreed upon $300.00 for the pistol.  The CS also purchased twenty 2mg Xanax pills from Jared for $100.00.  After this drug/weapon transaction, investigators met with the CS and recovered a popcorn bag that contained the 9mm pistol, which had a fully loaded magazine inserted, and the Xanax pills.

### III.    May 19, 2015 Contact with Jared Zigmond

19.    On May 19, 2015, your affiant and members of the Denver Police Department went to an apartment rented by Jared Zigmond, located at 2330 Broadway Street, Apartment 306, Denver, Colorado.  Investigators obtained verbal consent to search the apartment and user amounts of suspected cocaine, heroin and LSD were

located around the residence.  Located in the apartment were Jared Zigmond, Laura Becker, and Brandon Rowland. Further inspection of the apartment revealed a recently used butane hash oil extraction laboratory with a large box of butane oil on the counter.

20.    Investigators also located a 2006 Mercedes Benz Kompressor, bearing Colorado license plate 030QTN, in the parking structure of 2330 Broadway Street, Denver, Colorado, a vehicle observed by law enforcement being driven by Jared Zigmond.  During a post-seizure inventory of the Mercedes Benz, your affiant located a prescription pill bottle in the back seat of the vehicle with the label made out to Charlane Zigmond.  Charlane Zigmond has been identified as Jared's mother. In addition, ten pages of Wells Fargo statements for Account # 7010737547, held in the name of Broadway Smoke Shop LLC, with Jared C. Zigmond as a signatory on the account.

### IV.    Database Searches

21.    During the course of the investigation, your affiant and other law enforcement personnel have conducted numerous database searches related to Jared Zigmond and other individuals associated with his narcotics trafficking.

22.    Your affiant conducted criminal history checks on Jared Zigmond and discovered that he had been convicted of a felony drug trafficking crime in Texas on or about January 1, 2005.  Additional criminal history records show that Jared Zigmond was convicted of Felony Identity Theft on or about September 6, 2011, in Denver, Colorado.  Finally, your affiant located an active misdemeanor warrant for Jared Zigmond out of Hidalgo County, Texas, for failure to appear on a Driving Under the Influence (DUI) charge.

23.     A check of the Colorado Secretary of State's Office records found that on or about September 3, 2014, Articles of Organization were filed by Jared Zigmond for The Broadway Smoke Shop LLC. In that filing, the address of 1982 Yukon Street, Lakewood, Colorado is used as the principal office address of The Broadway Smoke Shop LLC and the true mailing address of Jared Zigmond, the person forming The Broadway Smoke Shop LLC.

24.     Your affiant contacted the Lakewood Police Department who confirmed that the 1982 Yukon Street, Lakewood, Colorado address was a fictitious and non-existent address. Visual observations verified that there was a business, however, named The Broadway Smoke Shop, located at 108 S. Broadway Avenue, Denver, Colorado.  The fictitious 1982 Yukon Street, Lakewood, Colorado address was also used by Jared Zigmond to obtain a Colorado Driver's License, as shown through Colorado Department of Revenue records.

25.     In addition, a records check through the Colorado Department of Motor Vehicle revealed that the 2006 Mercedes Benz, bearing Colorado license plate 030QTN, seized on May 19, 2015, is registered to Alfred P. Zigmond at the same 1982 Yukon Street, Lakewood, Colorado address.  During the investigation, surveillance officers have not seen Alfred Zigmond driving the 2006 Mercedes Benz, Colorado license plate 030QTN.

26.     Your affiant knows through training and experience that drug traffickers and/or money launderers often place property, including, vehicles, property and other financial instruments in the names of third parties to protect their assets from law enforcement action and use fictitious addresses in an attempt to evade law enforcement

scrutiny.

V.  **Prescription Drug Monitoring Program (PDMP) Research**

27.     Your affiant, through training and experience and the facts made known through his investigation believes that Jared Zigmond, Alfred Zigmond, Charlane Zigmond, and Aaron Moore are co-conspirators in prescription drug diversion.

28.     Investigators have requested information from the Prescription Drug Monitoring Program (PDMP) for Jared Zigmond, his mother (Charlane Zigmond), and several other subjects, including Aaron Moore. According to the PDMP report, Jared Zigmond and Charlane Zigmond are frequent patients of Dr. William Malabre in Colorado Springs, Colorado, and they often fill their prescriptions at Peoples Pharmacy in Lakewood, Colorado. On a monthly basis, Jared Zigmond and Charlane Zigmond are prescribed 180 - 30mg tablets of Oxycodone each, 120 - 2mg tablets of Alprazolam (Xanax) each, and either Carisoprodol or Amphetamine salts.

29.     On or about June 28, 2015, your affiant reviewed a list of Dr. Malabre's Denver-based patients and noticed that Aaron Moore was also a frequent patient of Dr. Malabre's. A review of prescribed narcotics revealed that Aaron Moore is receiving prescription narcotics similar to the types and dosages prescribed to Jared Zigmond and Charlane Zigmond. On a monthly basis, Aaron Moore is receiving 120 - 20mg Oxycodone tablets, 90 - 20mg tablets of Amphetamine Salts, and 60 - 1mg tablets of Clonazapam.

30.     A search of open source internet sites showed Facebook pages for Jared Zigmond and Aaron Moore.  Aaron Moore's Facebook page is under the name "Aaron Ace Alexander."  Jared Zigmond's Facebook page is under the name "Brendan Tait."  A

review of Aaron Moore's Facebook page shows a post stating that his number is (720) 557-4947.  Through the investigation, your affiant has identified the number (720) 557-4947 as being the fourth most frequently called number by Jared Zigmond.   The subscriber information for (720) 557-4947, shows that it is in the name of Mark Moore, who has been identified as Aaron Moore's father.

31.    The DEA PDMP report for Dr. Malabre showed that prescriptions for controlled drugs were prescribed for Jared Zigmond, Charlane Zigmond, and Aaron Moore in 2015 as follows:

**Aaron Moore, 5331 W. Geddes Place, Littleton, CO**

| Date | Qty Dispensed | Drug Name | Recipient Last Name | Recipient First Name |
|---|---|---|---|---|
| 1/9/2015 | 90 | Amphetamine Salts 20 MG Tablet | Moore | Aaron |
| 1/9/2015 | 120 | Oxycodone HCL 15 MG Tablet | Moore | Aaron |
| 2/10/2015 | 90 | Amphetamine Salts 20 MG Tablet | Moore | Aaron |
| 2/10/2015 | 120 | Oxycodone HCL 15 MG Tablet | Moore | Aaron |
| 3/12/2015 | 90 | Amphetamine Salts 20 MG Tablet | Moore | Aaron |
| 3/12/2015 | 120 | Oxycodone HCL 15 MG Tablet | Moore | Aaron |
| 4/9/2015 | 120 | Oxycodone HCL 15 MG Tablet | Moore | Aaron |
| 4/9/2015 | 90 | Amphetamine Salts 20 MG Tablet | Moore | Aaron |
| 4/13/2015 | 60 | Clonazepam 1 MG Tablet | Moore | Aaron |
| 5/9/2015 | 90 | Amphetamine Salts 20 MG Tablet | Moore | Aaron |
| 5/9/2015 | 120 | Oxycodone HCL 15 MG Tablet | Moore | Aaron |
| 6/9/2015 | 90 | Amphetamine Salts 20 MG Tablet | Moore | Aaron |
|  |  |  |  |  |

### Charlene Zigmond (Charlane), 1610 Conifer St, Colorado Springs, CO

| Date | Qty Dispensed | Drug Name | Recipient Last Name | Recipient First Name |
|---|---|---|---|---|
| 4/20/2015 | 120 | ALPRAZOLAM 2 MG TABLET | Zigmond | Charlene |
| 4/20/2015 | 90 | CARISOPRODOL 350 MG TABLET | Zigmond | Charlene |
| 4/20/2015 | 180 | OXYCODONE HCL 30 MG TABLET | Zigmond | Charlene |
| 3/2/2015 | 180 | OXYCODONE HCL 30 MG TABLET | Zigmond | Charlene |
| 2/19/2015 | 90 | CARISOPRODOL 350 MG TABLET | Zigmond | Charlene |
| 2/19/2015 | 120 | ALPRAZOLAM 2 MG TABLET | Zigmond | Charlene |
| 1/27/2015 | 180 | OXYCODONE HCL 30 MG TABLET | Zigmond | Charlene |

The Colorado Springs Police Department confirmed that the address 1610 Conifer Street, Colorado Springs, Colorado is a fictitious and non-existent address.

### Jared Zigmond, 640 Zuni, Denver, CO

| Date | Qty Dispensed | Drug Name | Recipient Last Name | Recipient First Name |
|---|---|---|---|---|
| 1/29/2015 | 120 | ALPRAZOLAM 2 MG TABLET | Zigmond | Jared |
| 5/26/2015 | 120 | AMPHETAMINE SALTS 30 MG TABLET | Zigmond | Jared |
| 5/27/2015 | 120 | ALPRAZOLAM 2 MG TABLET | Zigmond | Jared |
| 5/27/2015 | 120 | OXYCODONE HCL 30 MG TABLET | Zigmond | Jared |
| 5/27/2015 | 60 | OXYCODONE HCL 30 MG TABLET | Zigmond | Jared |
| 4/27/2015 | 120 | ALPRAZOLAM 2 MG TABLET | Zigmond | Jared |
| 4/27/2015 | 120 | OXYCODONE HCL 30 MG TABLET | Zigmond | Jared |
| 4/27/2015 | 60 | OXYCODONE HCL 30 MG TABLET | Zigmond | Jared |
| 4/27/2015 | 120 | AMPHETAMINE SALTS 30 MG TABLET | Zigmond | Jared |
| 3/25/2015 | 120 | ALPRAZOLAM 2 MG TABLET | Zigmond | Jared |
| 3/25/2015 | 120 | AMPHETAMINE SALTS 30 MG TABLET | Zigmond | Jared |
| 3/25/2015 | 60 | OXYCODONE HCL 30 MG TABLET | Zigmond | Jared |

| | | | | |
|---|---|---|---|---|
| 3/25/2015 | 120 | OXYCODONE HCL 30 MG TABLET | Zigmond | Jared |
| 3/2/2015 | 120 | ALPRAZOLAM 2 MG TABLET | Zigmond | Jared |
| 2/26/2015 | 60 | OXYCODONE HCL 30 MG TABLET | Zigmond | Jared |
| 2/26/2015 | 120 | OXYCODONE HCL 30 MG TABLET | Zigmond | Jared |
| 2/26/2015 | 120 | AMPHETAMINE SALTS 30 MG TABLET | Zigmond | Jared |
| 1/21/2015 | 120 | AMPHETAMINE SALTS 30 MG TABLET | Zigmond | Jared |
| 1/19/2015 | 120 | OXYCODONE HCL 30 MG TABLET | Zigmond | Jared |
| 1/19/2015 | 60 | OXYCODONE HCL 30 MG TABLET | Zigmond | Jared |

32.    Your affiant estimates that based solely on Dr. Malabre's monthly Oxycodone prescriptions to Jared Zigmond (180 - 30mg Oxy), Charlane Zigmond (180 - 30mg Oxy) and Aaron Moore (120 - 20mg Oxy), the drug trafficking organization could possibly make $17,400 per month or $208,000 per year just by diverting the Oxycodone. These estimates are based on Jared Zigmond's own estimated value of approximately $35-$40 per Percocet pill, as discussed in paragraph 14.

## VI.    Colorado Department of Revenue Records

33.    Investigators also obtained the state wages from the Colorado Department of Revenue for Jared Zigmond, Alfred Zigmond, Charlane Zigmond, and Aaron Moore over the past four year period.

34.    A review of the Colorado State Wage records for Jared Zigmond shows that the last recorded wage information found in Colorado for Jared Zigmond was for the second quarter of 2012, during which he was reported as having earned $20,249.00 for the three month period.  Since then, Jared has not had any recorded wages in Colorado.  Nationally, no wages could be found relative to Jared Zigmond.

35.     A review of the Colorado State Wage records for Alfred Zigmond did not reflect any wages earned from employment in Colorado for the past four years. Nationally, Alfred Zigmond last shows wages earned in Texas of $7,857.70 for the second quarter of 2014.

36.     A review of the Colorado State Wage records for Charlane Zigmond did not reflect any wages earned from employment either in Colorado or nationally for the past four years.

37.     A review of the Colorado State Wage records for Aaron Moore reflects that the last available recorded wages for Aaron Moore was the first quarter of 2015. During this three month period Aaron earned $9,480.00.

### MARCH 2015 SALE OF 4026 S. FUNDY WAY, AURORA, CO

38.     On May 19, 2015, several investigators interviewed Laura Becker (herein "Becker"), a 22 year old female and self-admitted hard core heroin addict.  Becker told the investigators that she worked for Jared Zigmond and that her job was to pick up heroin from Jared Zigmond's heroin source of supply and return the heroin to him (Jared).  Becker stated that she would then pay for or be given heroin by Jared Zigmond to feed her heroin addiction.

39.     Becker also made off-hand comments that she had recently obtained a house in Aurora, Colorado, from her deceased mother and that she had then sold it to Jared's father (Alfred Zigmond).  Becker told investigators that she was homeless and that Jared Zigmond was letting her sub-lease the apartment at 2330 Broadway Street, Denver, Colorado.  A loaded heroin syringe was located in Becker's purse.

40.     Based on Becker's statements regarding the sale of her recently deceased mother's home to Jared Zigmond's father (Alfred Zigmond), your affiant began conducting searches through various intelligence databases in an attempt to locate the residence referenced by Becker in her interview.  Your affiant was able to identify the home sold by Becker to Alfred Zigmond as 4026 S. Fundy Way, Aurora, Colorado, in March 2015.

41.     A review of the First Alliance Title documents for the above-referenced purchase of 4026 S. Fundy by Alfred Zigmond revealed that there were six cashier's checks presented at closing, totaling nearly $89,000.00, and were as follows:

| Check Date | Check # | Bank | Payee | Remitter | Amount |
|---|---|---|---|---|---|
| 3-23-2015 | 489903259 | Wells Fargo Bank | First Alliance Title | Not stated | 9,000 |
| 3-24-2015 | 489904085 | Wells Fargo Bank | First Alliance Title | Not stated | 15,000 |
| 3-24-2015 | 216478 | Academy Bank | First Alliance Title | Alfred Zigmond | 24,500 |
| 3-24-2015 | 1220678 | 1st Bank | First Alliance Title | Alfred P. Zigmond | 24,000 |
| 3-24-2015 | 1220690 | 1st Bank | First Alliance Title | Charlane Waters Zigmond | 9,500 |
| 3-24-2015 | 1220828 | 1st Bank | First Alliance Title | Aaron A. Moore | 7,000 |

42.     Your affiant also interviewed the Title Closer, hereafter referred to as Closer, for this transaction, who made the following comments.  The Closer stated that on the date of the closing for the sale of 4026 S. Fundy Way, Aurora, Colorado, Jared Zigmond, Alfred Zigmond, Becker and a friend of Becker's were present.  The Closer said that even though the title transfer was to occur between Alfred Zigmond (Buyer) and Becker (Seller), Jared Zigmond had in his possession six cashier's checks totaling nearly $89,000, and a bill of sale for a 2006 Range Rover valued at $45,000.

43.     The Closer stated that during the above referenced closing on 4026 S. Fundy Way, Aurora, Colorado, the buyer, Alfred Zigmond, still owed $26.00 to complete the transaction and that Jared Zigmond immediately took $26.00 out of his pocket to cover the shortage.  According to the Closer, Jared Zigmond did most of the talking during this real estate transaction and handled all the financial instruments used in the completion of the title transfer.

44.     The Closer stated that the title of the 2006 Range Rover was in Jared Zigmond's name and Jared Zigmond was transferring ownership of the 2006 Range Rover to Becker as part of the real estate transaction.  The Closer stated that the closing documents reflected a $45,000 Vehicle Adjustment, making the total sale price of 4026 S. Fundy Way approximately $134,000.

45.     A review of the Contract to Buy and Sell Real Estate in the First Alliance Title documents for 4026 S. Fundy Way, Aurora, Colorado, from Becker to Alfred Zigmond references that the "Buyer shall tender to Seller a Range Rover, vin#SALSH23466A925812."

46.     A search of open source internet sites showed a Facebook page in the name of Brendan Tait (Jared Zigmond).  One post in particular on Tait's Facebook page from January 2014, has a photo of a hand holding stacked $100 bills with the comment "Ten racks looks so small these days #eyes_on_them_millions". Several people posted on the photo and "Brendan Tait" responded by saying "I dropped 38 cash for the range….makes ur stomach hurt for a week but then ur good, it's like the same feeling when your Trojan breaks…lol". Your affiant believes this comment is referencing Jared paying $38,000 cash for his black Range Rover truck.

47.    A review of the Colorado Department of Motor vehicle records showed that the 2006 Land Rover, Range Rover, VIN: SALSH23466A925812 was purchased by Jared Zigmond on or about February 5, 2013, for $20,094 ($27,394 less $7,300 for trade-in) from Levis Auto Sales 4501 W. Colfax Ave. Denver, CO.  As of July 5, 2015, the title to the 2006 Land Rover was still in the name of Jared Zigmond.

48.    Your affiant believes that Jared Zigmond never transferred the 2006 Range Rover to Becker for 4026 S. Fundy Way.

49.    An analysis of the Closing Instructions portion of the title documents revealed that Alfred Zigmond signed the form and listed his e-mail address as TAIT818@gmail.com.  During the course of this investigation, your affiant received and reviewed bank documents for Jared Zigmond's TCF Bank account which revealed that Jared Zigmond listed his primary e-mail address as TAIT818@gmail.com.

50.    Additionally, Alfred Zigmond used the street address P.O. Box 1440993 Edgewater, CO 14093, on the "Return to" portion of the Warranty Deed for 4026 S. Fund Way. This is the same P.O. Box address that Jared Zigmond gave to your affiant on May 19, 2015, when asked for his (Jared Zigmond's) current address.

## FINANCIAL INVESTIGATION

**I.    Cash Transactions**

51.    As part of the investigation, your affiant obtained information about the remitters on the above referenced cashier's checks for the sale of 4026 South Fundy Way in March 2015. A review of the bank records showed that Jared Zigmond, Alfred Zigmond, and Charlane Zigmond had accounts and made several cash deposits into these accounts before withdrawing the cashier's checks used  to purchase  4026 South

Fundy Way in March 2015.

52.     On or about September 23, 2013, Jared opened account # 2442706281, in his name, at TCF National Bank (hereinafter TCF).  On the account application, Jared Zigmond shows that he resides at 11355 W 84th Pl Unit A, Aurora, CO 80005 and that he is employed as a Financial Advisor with J & B Promotions (a review of law enforcement databases and the Colorado Secretary of State's Office could not locate a company registered under that name).

### Academy Bank account #6873

53.     On or about April 23, 2014, Alfred Zigmond deposited $29,000 cash into account #330026873, in his name, at the Academy Bank branch at 740 17th Street Denver, CO 80202 (herein Academy Bank account #6873).  Prior to Alfred Zigmond's deposit into Academy Bank account #6873, Jared Zigmond withdrew $29,000 from his TCF account # 2442706281 that same day.   Jared Zigmond's TCF account # 2442706281 had been previously funded with several cash transactions between February and March 2014.

54.     On March 24, 2015, Cashier's Check # 216478 payable to First Alliance Title was purchased by Alfred Zigmond from Academy Bank in the amount of $24,500.

### First Bank Account # 7668

55.     On or about April 29, 2014, Alfred Zigmond opened account # 7591267668 at First Bank (herein First Bank Account # 7668).  The following are cash deposits into First Bank Account # 7668 in March 2015.

- On or about March 19, 2015, $8,000 cash was deposited into First Bank Account # 7668.

- On or about March 23, 2015, $8,000 cash was deposited into First Bank Account # 7668.

56.     On or about March 24, 2015, Alfred Zigmond purchased a $24,000 Cashier's Check # 1220678 payable to First Alliance Title from First Bank by combining $1,000 cash with $23,000 withdrawn from First Bank Account # 7668.

## Wells Fargo Account # 7547

57.     On or about November 13, 2014, Jared Zigmond deposited $17,000 cash into account # 7010737547, in the name of the Broadway Smoke Shop LLC, 108 S. Broadway Denver, CO 80209, at the Wells Fargo Bank, 1740 Broadway, Denver, CO 80274 (herein Wells Fargo Account # 7547).   The following are additional deposits made into Wells Fargo Account # 7547 in March 2015.

- On or about March 23, 2015, a deposit was made into Wells Fargo Account # 7547 in the amount of $8,000.

- On or about March 24, 2015, two deposits were made into Wells Fargo Account # 7547 in the amount of $9,000 and $5,000.

58.     On or about March 23, 2015, a withdrawal was made from Wells Fargo Account # 7547 in the amount of $9,000.  Cashier's Check # 489903259, payable to First Alliance Title, (referred to above) was purchased from Wells Fargo Bank, 1740 Broadway Denver, CO 80274, in the amount of $9,000.

59.     A withdrawal was also made from the Wells Fargo Account # 7547 on March 24, 2015, in the amount of $15,010 (in the Closing documents a cashier's check was offered as part of the payment for 4026 S. Fundy Way in the amount of $15,000 dated March 24, 2015 drawn from Wells Fargo Bank).

60.     Notwithstanding the large whole dollar deposits made into this account and quickly withdrawn in March 2015 for the closing on 4026 S. Fundy Way, Wells Fargo Account # 7547 had total monthly deposits ranging from approximately $3,600 to $8,500, which appear to be business related receipts based on bank account statements from February 2015 through May 4, 2015.  These deposits appeared to be business receipts based on their high-frequency, relatively low value and non-whole amounts.

61.     However, the average balance was only approximately $2,922 for Wells Fargo Account # 7547, when taking the balances and at the end of each of the months of March, April, and the beginning balance as of February 2, 2015.  The account also has numerous debits related to personal expenses, such as plane tickets, liquor store purchases, and bar/restaurants.

## First Bank Account # 9757

62.     On or about March 24, 2015, Charlane Zigmond opened account # 7596029757 at First Bank (herein First Bank Account # 9757) and deposited $11,000 cash. On or about March 24, 2015, Charlane Zigmond purchased a $9,500 Cashier's Check # 1220690 payable to First Alliance Title from First Bank with $9,500 withdrawn from First Bank Account #9757.

## Aaron Moore Cashier's Check

63.     On or about March 24, 2015, Aaron A. Moore purchased a $7,000 Cashier's Check # 1220828 (referred to in paragraph 24 above) payable to First Alliance Title from First Bank.

20

**JULY 2015 SALE OF 4026 S. FUNDY WAY, AURORA, COLORADO**

64.    On or about June 25, 2015, a DEA CS stated that when s/he spoke to Jared Zigmond that s/he had overheard Jared Zigmond having a background conversation with an unknown individual.   According to the CS, s/he heard Jared Zigmond say that he (Jared) had three offers on the house that he (Jared) has for sale.

65.    Despite the recent sale of 4026 S. Fundy Way, Aurora, Colorado in March 2015, your affiant queried real estate databases on June 25, 2015, which revealed that 4026 S. Fundy was for sale at $255,000.

66.    Your affiant contacted an SOI who works in the real estate business regarding 4026 S. Fundy Way and was told that Chicago Title Company would handle the closing on 4026 S. Fundy Way.   The SOI said that s/he believed that the closing would occur at Chicago Title Company located on Tufts Avenue in the Denver Tech Center.

67.    On or about July 6, 2015, your affiant visited the Chicago Title Company office located at 8055 E. Tufts Avenue, Denver, Colorado, and a supervisor at Chicago Title Company confirmed that the Chicago Title Company was going to close the sale on 4026 S. Fundy Way on July 16, 2015.

**CONCLUSION**

68.    The facts set forth above are not all of the facts known to the investigation, but are sufficient to establish probable cause to believe that Jared Zigmond received proceeds from, and utilized funds to promote, the illegal sale of drugs in violation of Title 21, United States Code, Sections, 841 and 846, and Title 18, United States Code, Sections 1956, and 1957, and that these proceeds were used to purchase 4026 S.

Fundy Way Aurora, Colorado in March 2015.   Your affiant has probable cause to believe that Jared Zigmond used his own bank accounts and those controlled by Albert and Charlane Zigmond to purchase cashier's checks to fund the March 2015 purchase. In addition, there is probable cause to believe that Aaron Moore provided $7,000.00 in narcotics proceeds in March 2015.

69.   Therefore, the Seller's proceeds from the sale of 4026 S. Fundy Way, Aurora, Colorado, occurring on or about July 16, 2015, at Chicago Title of Colorado 8055 E. Tuffs Ave. Suite 300 Denver, CO 80237, are proceeds traceable to or property involved in violations of Title 21, United States Code, Sections, 841 and 846, and Title 18, United States Code, Sections 1956, and 1957, and are thus subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6), and Title 18, United States Code, Section 981(a)(1)(A).

s/  Bret L. Campbell
Special Agent
Drug Enforcement Administration

Reviewed and submitted by Assistant United States Attorney Laura B. Hurd.

*Jul 15, 2015*
Subscribed and sworn to before me this _____ day of July, 2015.

KATHLEEN M. TAFOYA
United States Magistrate Judge